JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAYTON MILLS, | Case No. CV 08-4084-AHM (OP) |
| Petitioner, | J U D G M E N T |
| v. | |
| JOHN MARSHALL, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: May 31, 2011

HONORABLE A. HOWARD MATZ
United States District Judge

**JS-6**

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge